# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Page: 1-1

| Case No.: | 20-72575-pwb | Trustee Name: | (300620) Michael J. Bargar |
| Case Name: | Prince, Joy Gray | Date Filed (f) or Converted (c): | 12/11/2020 (f) |
| | | § 341(a) Meeting Date: | 01/25/2021 |
| For Period Ending: | 03/31/2022 | Claims Bar Date: | 04/27/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1250 Oak Grove Avenue, SE, Atlanta, Georgia 30316<br>Debtor owns a one-half interest in this property. | 525,000.00 | 69,807.00 | | 65,000.00 | FA |
| 2 | 2009 Subaru Outback<br>Asset abandoned at Doc. No. 10 | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2014 Subaru Outback<br>Asset abandoned at Doc. No. 10 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household Goods and Furnishings | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics: Computer, TVs, various household electronics, phone, etc. | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry: Wedding ring, earrings, and costume jewelry | 3,000.00 | 1,800.00 | | 0.00 | FA |
| 7 | Checking Account: Delta Community Credit Union | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Retirement Account: 403b Account | 17,091.00 | 0.00 | | 0.00 | FA |
| 10 | Garnished Funds from Bank of America Account | 1,700.00 | 700.00 | | 0.00 | FA |
| 11 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 12 | NOL Carryback from LLC Restaurant Losses (u)<br>Trustee has valued this asset at $1.00, as a place holder. Once the forthcoming settlement is approved, and amended tax returns are prepared, Trustee will have a better idea of the true value of this asset. | 0.00 | 1.00 | | 0.00 | 1.00 |
| 12 | Assets      Totals      (Excluding unknown values) | **$559,391.00** | **$72,308.00** | | **$65,000.00** | **$1.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 20-72575-pwb  
**Case Name:** Prince, Joy Gray  

**For Period Ending:** 03/31/2022

**Trustee Name:** (300620) Michael J. Bargar  
**Date Filed (f) or Converted (c):** 12/11/2020 (f)  
**§ 341(a) Meeting Date:** 01/25/2021  
**Claims Bar Date:** 04/27/2021

**Major Activities Affecting Case Closing:**

3/30/21 - Trustee negotiated an equity sale to Debtor and her husband regarding her primary residence. On April 26, 2021, Trustee filed a requisite Rule 9019 motion in this regard. [Doc. No. 21]. This motion remains pending.

3/31/22 - The Court has entered an order [Doc. No. 27] approving the equity settlement with Debtor, and Debtor has paid the $65,000.00 settlement funds to Trustee. Subject to final documentation and approval by the Court, Trustee, Debtor, and Debtor's husband have agreed to settle disputes related to NOLs that will result in tax refunds from prior years.

**Initial Projected Date Of Final Report (TFR):** 12/31/2022    **Current Projected Date Of Final Report (TFR):** 12/31/2022

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-72575-pwb | Trustee Name: | Michael J. Bargar (300620) |
|---|---|---|---|
| Case Name: | Prince, Joy Gray | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***1528 | Account #: | ******0161 Checking |
| For Period Ending: | 03/31/2022 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/10/21 | {1} | Joy G Prince | Settlement payment in accordance with order (Doc. No. 27) | 1110-000 | 65,000.00 | | 65,000.00 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 55.56 | 64,944.44 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 104.08 | 64,840.36 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 110.84 | 64,729.52 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.74 | 64,625.78 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 100.12 | 64,525.66 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 110.31 | 64,415.35 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 106.68 | 64,308.67 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 99.63 | 64,209.04 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 96.05 | 64,112.99 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 113.04 | 63,999.95 |

|  |  | COLUMN TOTALS | 65,000.00 | 1,000.05 | $63,999.95 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
|  |  | **Subtotal** | 65,000.00 | 1,000.05 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$65,000.00** | **$1,000.05** | |

{ } Asset Reference(s)                                                                                       ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 20-72575-pwb |
| **Case Name:** | Prince, Joy Gray |
| **Taxpayer ID #:** | **-***1528 |
| **For Period Ending:** | 03/31/2022 |

| | |
|---|---|
| **Trustee Name:** | Michael J. Bargar (300620) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0161 Checking |
| **Blanket Bond (per case limit):** | $31,475,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $65,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $65,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0161 Checking | $65,000.00 | $1,000.05 | $63,999.95 |
| | **$65,000.00** | **$1,000.05** | **$63,999.95** |